UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DONTE C.,[1]

        Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,

  Defendant.

Civil No. 23-234 (JRT/DJF)

**ORDER ON REPORT
AND RECOMMENDATION**

---

Kira Treyvus, **KONOSKI & PARTNERS PC,** 305 Broadway, 7th Floor, New York, NY 10007, for plaintiff.

Emily Carroll, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation, Office 4, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Request for Relief (ECF No. [20]) is **DENIED**;

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

2. Defendant's Request for Relief (ECF No. [23]) is **GRANTED**;

3. The Decision is **AFFIRMED**; and

4. Plaintiff's Complaint (ECF No. [1]) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 18, 2023                      ___s/John R. Tunheim____
at Minneapolis, Minnesota                  JOHN R. TUNHEIM
                                                        United States District Judge